AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

(21 U.S.C. 841(a)(1), (b)(1)(A)
(viii), (b)(1)(B)(viii)) = Distribution
of Methamphetamine

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

PENALTY:

SEE ATTACHMENT A

*E-filing*

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───
LAURO CORRAL, a/k/a Felipe FIgueroa Beltran,
a/k/a Ricardo Ibarra, a/k/a Lauro Ramirez

DISTRICT COURT NUMBER

CR07-0726 CW

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
       If not detained give date any prior summons
       was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Santa Rita Jail

Has detainer
been filed?    ☐ Yes    If "Yes"
               ☐ No     give date
                        filed

DATE OF          Month/Day/Year
ARREST ▶

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED    Month/Day/Year
TO U.S. CUSTODY ▶

☐ This report amends AO 257 previously submitted

─── PROCEEDING ───

Name of Complainant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State
  Court, give name of court

☐ this person/proceeding is transferred from another
  district per (circle one) FRCrP 20, 21 or 40. Show
  District

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on
  motion of:               SHOW
  ☐ U.S. Att'y ☐ Defense    DOCKET NO.

☐ this prosecution relates to a
  pending case involving this same
  defendant                MAGISTRATE
                           CASE NO.
☑ prior proceedings or appearance(s)
  before U.S. Magistrate regarding
  this defendant were recorded under    07-70619 WDB

Name and Office of Person
Furnishing Information on    SCOTT N. SCHOOLS
THIS FORM
                ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    GARTH HIRE

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

**ATTACHMENT A**
**PENALTY SHEET**

### *UNITED STATES v. LAURO CORRAL*

#### <u>COUNT ONE (MARCH 8, 2007)</u>
#### (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment |
| | Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |
| | Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

#### <u>COUNT TWO (MARCH 20, 2007)</u>
#### (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii))

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction NOT FILED:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment |
| | Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release |

Page 1 of 2

Mandatory Minimum 5-Year Term of Supervised Release

Special Assessment:          $100

*If 21 U.S.C. § 851 Information alleging prior felony narcotics conviction(s) FILED:*

Imprisonment:                Maximum Life Imprisonment
                             Mandatory Minimum 20 Years Imprisonment (one prior)
                             Mandatory Minimum Life Without Release (two priors)

Fine:                        Maximum $8,000,000

Supervised Release:          Maximum Lifetime Supervised Release
                             Mandatory Minimum 10-Year Term of Supervised Release

Special Assessment:          $100

# United States District Court

**FILED**

NOV 1 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION

### VENUE: OAKLAND

**CR07-0726** **CW**

### UNITED STATES OF AMERICA,

### V.

LAURO CORRAL, a/k/a Felipe Figueroa Beltran, a/k/a Ricardo Ibarra,
a/k/a Lauro Ramirez,

### DEFENDANT.

# INDICTMENT

21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii) -
Distribution of Methamphetamine

A true bill.

_____ Foreman

Filed in open court this 15th day of
November 2007

_____ Clerk

Now 15, 2007

Bail, $    NO PROCESS

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED

2  2007 NOV 15 PM 12: 27

3

4  RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND DIVISION

11  UNITED STATES OF AMERICA,          )  **CR07-0726** CW
                                       )  No.
12          Plaintiff,                 )  VIOLATIONS: 21 U.S.C. §§ 841(a)(1),
                                       )  (b)(1)(A)(viii), (b)(1)(B)(viii) – Distribution
13     v.                              )  of Methamphetamine
                                       )
14  LAURO CORRAL,                      )  OAKLAND VENUE
       a/k/a Felipe Figueroa Beltran,  )
15     a/k/a Ricardo Ibarra,           )
       a/k/a Lauro Ramirez,            )
16                                     )
           Defendant.                  )
17                                     )
                                       )
18  _____)

19                        I N D I C T M E N T

20  The Grand Jury charges:

21  COUNT ONE:        (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) – Distribution of
                      Methamphetamine)
22

23         On or about March 8, 2007, in the Northern District of California, defendant,

24                             LAURO CORRAL,
                        a/k/a Felipe Figueroa Beltran,
25                          a/k/a Ricardo Ibarra,
                            a/k/a Lauro Ramirez,
26

27  did knowingly and intentionally distribute a Schedule II controlled substance, namely,

28  approximately 43.6 grams of actual methamphetamine in violation of Title 21, United States

INDICTMENT

1

1  Code, Sections 841(a)(1), (b)(1)(B)(viii).

2

3  <u>COUNT TWO:</u>        (21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) – Distribution of
                          Methamphetamine)
4

5        On or about March 20, 2007, in the Northern District of California, defendant,

6                              LAURO CORRAL,
                          a/k/a Felipe Figueroa Beltran,
7                            a/k/a Ricardo Ibarra,
                            a/k/a Lauro Ramirez,
8

9  did knowingly and intentionally distribute a Schedule II controlled substance, namely,

10 approximately 94.9 grams of actual methamphetamine in violation of Title 21, United States

11 Code, Sections 841(a)(1), (b)(1)(A)(viii).

12

13 DATED:                                          A TRUE BILL.

14        *November 15, 2007*

15                                                 FOREPERSON

16 SCOTT N. SCHOOLS
   United States Attorney
17

18 W.
   W. DOUGLAS SPRAGUE
19 Chief, Oakland Branch

20 (Approved as to form:                    )
                          AUSA GARTH HIRE
21

22

23

24

25

26

27

28

INDICTMENT
                                    2