UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 12/5/07

**Plaintiff:**   United States

**v.**                                                             **No.**   CR-07-00726 CW

**Defendant:**   Lauro Corral (present - in custody)


**Appearances for Plaintiff:**
Garth Hire

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing:   Trial Setting (initial app.)**

**Notes:**    This was the defendant's initial appearance before District Judge.  Defense has received discovery from government and a proposed plea agreement.  Defense needs additional time to go over discovery including tapes.  **Case continued to 1/16/08 at 2:00 for disposition or trial setting or motions setting.**   If there is no plea, defense to try to determine if motions will be filed and counsel should agree on a briefing schedule.  Time excluded for effective preparation and continuity of counsel

Copies to: Chambers