1 | BARRY J. PORTMAN
Federal Public Defender
2 | JOYCE LEAVITT
Assistant Federal Public Defender
3 | 555 12th Street, Suite 650
Oakland, CA 94607-3627
4 | (510) 637-3500

5 | Counsel for Defendant CORRAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00726 CW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | DATE AND EXCLUSION OF TIME |
| | ) | |
| LAURO CORRAL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently scheduled for Wednesday, January 16, 2008, before Honorable Judge Claudia Wilken, may be continued two weeks to Wednesday, January 30, 2008, at 2:00 p.m. for status or change of plea. The reason for the continuance is that defense counsel is still obtaining documents and conducting investigation which is relevant to the disposition of the case. The parties therefore stipulate that the time from January 16, 2008, to January 30, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.

*United States v. Corral*, CR 07-00726 CW
STIP. CONT. STATUS DATE          - 1 -

| | |
|---|---|
| DATED: 1/08/08 | /S/ _____<br>JOYCE LEAVITT<br>Assistant Federal Public Defender |
| DATED: 1/08/08 | /S/ _____<br>GARTH HIRE<br>Assistant United States Attorney |

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Wednesday, January 16, 2008, at 2:00 p.m. shall be continued to Wednesday, January 30, 2008 at 2:00 p.m.

IT IS FURTHER ORDERED that the time from January 16, 2008, to January 30, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED: 1/16/08

_____
HONORABLE CLAUDIA WILKEN
United States District Judge