**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**Criminal Minute Order**


**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 3/5/08**

**Plaintiff:**  United States

**v.**                                                        **No.**  CR-07-00726 CW

**Defendant:**  Lauro Corral (present - in custody)


**Appearances for Plaintiff:**
Garth Hire

**Appearances for Defendant:**
Scott Furstman and Joyce Leavitt

**Interpreter:**


**Probation Officer:**



**Speedy Trial Date:**


      **Hearing:  Disposition or Trial Setting or Motions Setting**

**Notes:**    Mr. Furstman has been retained by defendant and will be
substituting.  Court grants substitution and AFPD is discharged.
Defense counsel received draft plea agreement today and needs to
notify AUSA by 3/19 if defendant will be accepting plea.  Defense
counsel needs to review discovery.  **Case continued to 3/26/08 at 2:00
p.m. for disposition or trial setting or motions setting.**  Time
excluded for continuity of counsel and effective preparation.  If no
disposition reached by 3/19, counsel to discuss whether there will be
motions and try to agree on briefing schedule and hearing date for
motions.

Copies to: Chambers