UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/9/08

**Plaintiff:** United States

**v.**                                                              **No.** CR-07-00726 CW

**Defendant:** Lauro Corral (present - in custody)

**Appearances for Plaintiff:**
Garth Hire

**Appearances for Defendant:**
Scott Furstman

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


        **Hearing:** Disposition or Motions Setting or Trial Setting

**Notes:**    Plea agreement has been proffered by government and will stay open for 2 weeks. **Case continued to 4/23/08 at 2:00 p.m. for disposition or motions setting or trial setting.** Defense has all discovery, but there may be some video he has not received; government will check, but according to government, all discovery has been produced. If no disposition, defense has motions he will be filing. If defense filing motions, parties can stipulate to briefing schedule and hearing date and vacate 4/23 date. Time excluded for effective preparation.

Copies to: Chambers