UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
APR 2 3 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 4/23/08

**Plaintiff:** United States

v.                                                    **No.** CR-07-00726 CW

**Defendant:** Lauro Corral (present - in custody)

**Appearances for Plaintiff:**
Wade Rhyne for Garth Hire

**Appearances for Defendant:**
Scott Furstman

**Interpreter:**
not needed

**Probation Officer:**


**Speedy Trial Date:**


Hearing:   Change of Plea

**Notes:**    Defendant enters under oath Rule 11(c)(1)(A) and 11(c)(1)(C) plea of guilty to count one of the indictment charging distribution of methamphetamine, a Schedule II controlled substance, in violation of 21 USC 841(a)(1),(b)(1)(B)(viii).  Plea Agreement filed.  Court finds factual basis for plea; Court accepts plea.  PSR requested.
**Sentencing set for 7/9/08 at 2:00 p.m.**

Copies to: Chambers; probation