UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number _CR-07-00726 CW_

Defendant's Name _Lauro Corral_

Defense Counsel _Scott Furstman_

Referral Date _4/23/08_

Sentencing Date _7/9/08_ @ 2:00pm

FILED APR 2... 2...

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- [X] Presentence Investigation
- [ ] Pre-Plea Report
- [ ] Bail Investigation
- [ ] Bail Supervision
- [ ] Postsentence Investigation
- [ ] 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

---

for use of Courtroom Deputies:

Is defendant in custody: _yes_

Is defendant English-speaking? _yes_

cc: U. S. Probation