JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612-5217
    Telephone:  (510) 637-3929
    Facsimile:   (510) 637-3724
    E-Mail:       Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00726 CW |
|     Plaintiff, ) | STIPULATION TO RESCHEDULE SENTENCING HEARING; [PROPOSED] ORDER |
| v. ) | |
| LAURO CORRAL, ) | |
|     Defendant. ) | |

       Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

       1.    Defendant Lauro Corral is currently scheduled to appear before this Court on July 16, 2008, for imposition of judgment and sentence.

       2.    The defendant's counsel has a scheduling conflict and requires additional time to prepare his sentencing memoranda prior to the sentencing hearing and to further prepare for that hearing. The parties therefore agree and respectfully request that the currently scheduled

sentencing hearing be vacated and that sentencing be scheduled for 2:00 p.m. on August 13, 2008.

    IT IS SO STIPULATED.

DATE: July 2, 2008                                  Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


     /s/
GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATE: July 2, 2008                                  /s/
SCOTT FURSTMAN, ESQ.

Counsel for Lauro Corral

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

    The currently scheduled July 16, 2008, sentencing hearing is hereby vacated and a new sentencing hearing is hereby scheduled for 2:00 p.m. on August 13, 2008.

DATED: _____

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE