JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612-5217
   Telephone:  (510) 637-3929
   Facsimile:  (510) 637-3724
   E-Mail:     Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00726 CW |
|    Plaintiff, ) | STIPULATION TO RESCHEDULE SENTENCING HEARING; ORDER |
| v. ) | |
| LAURO CORRAL, ) | |
|    Defendant. ) | |

     Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

     1.    Defendant Lauro Corral is currently scheduled to appear before this Court on July 16, 2008, for imposition of judgment and sentence.

     2.    The defendant's counsel has a scheduling conflict and requires additional time to prepare his sentencing memoranda prior to the sentencing hearing and to further prepare for that hearing. The parties therefore agree and respectfully request that the currently scheduled

1

sentencing hearing be vacated and that sentencing be scheduled for 2:00 p.m. on August 13, 2008.

IT IS SO STIPULATED.

DATE: July 2, 2008                              Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney


                                                _____/s/_____
                                                GARTH HIRE
                                                Assistant United States Attorney

                                                Attorneys for Plaintiff
                                                UNITED STATES OF AMERICA


DATE: July 2, 2008                              _____/s/_____
                                                SCOTT FURSTMAN, ESQ.

                                                Counsel for Lauro Corral

## ORDER

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled July 16, 2008, sentencing hearing is hereby vacated and a new sentencing hearing is hereby scheduled for 2:00 p.m. on August 13, 2008.

          7/8/08                                *Claudia Wilken* (signature)
DATED: _____                             _____
                                                HONORABLE CLAUDIA WILKEN
                                                UNITED STATES DISTRICT JUDGE