SCOTT S. FURSTMAN
State Bar No. 76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile (408) 292-4162

Attorney for Defendant,
LAURO CORRAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | No. CR 07-00726 CW |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO RESCHEDULE SENTENCING HEARING; [PROPOSED] ORDER |
| LAURO CORRAL, | |
| Defendant. | |

The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the sentencing hearing in the above-entitled matter, presently set for August 13, 2008 may be continued to October 1, 2008 at 2:00PM. This stipulation is entered into at the request of counsel for the defendant who requires additional time to obtain documents on behalf of the defendant and to prepare the defendant's sentencing memorandum. Some of the documents referred to are in Mexico and have not yet been received by counsel although they are expected.

Counsel for the defendant has conferred with the United States Probation Office who does not oppose this request. Counsel further advises that Deputy Probation Officer Cook will be on vacation from September 15, 2008 through September 29, 2008. Accordingly, the date of

26
27
28

2
STIPULATION RE: RESCHEDULING SENTENCING

October 1, 2008 for sentencing is respectfully requested.

It is so stipulated.                                    /s/ Scott S. Furstman

Dated: August 11, 2008
_____
SCOTT S. FURSTMAN
Attorney for Defendant,
Lauro Corral


/s/ Garth Hire

Dated: August 11, 2008
_____
GARTH HIRE
Assistant U.S. Attorney
per telephonic authority

## [PROPOSED] ORDER

Good cause appearing and the parties having stipulated thereto, it is ordered that sentencing in the above entitled matter is rescheduled from August 13, 2008 to October 1, 2008 at 2:00 PM. It is so Ordered.

Dated: August____, 2008
_____
CLAUDIA WILKEN
United States District Judge

# PROOF OF SERVICE
## [C.C.P. 1013(a)]

I, the undersigned, declare:

I am a citizen of the United States and a resident of the County of Santa Clara. I am over the age of eighteen (18) years and not a party to the within entitled action. My business address is: 510 North Third Street, San Jose, CA 95112. On August 11, 2008, I served a copy of the document(s) described below:

( X )  [BY MAIL]   By depositing such copy(ies) in a sealed envelope, First Class postage fully prepaid, in a facility regularly maintained by the United States Postal Service for collection and mailing.

(   )  [BY OVERNIGHT DELIVERY]   By consigning such copy in a sealed envelope to an overnight courier for next business day delivery.

(   )  [BY HAND DELIVERY]   By consigning such copy in a sealed envelope to a messenger for guaranteed hand delivery.

( X )  [BY FACSIMILE TRANSMISSION]   By consigning such copy to a facsimile operator for transmittal.

**STIPULATION RE: RESCHEDULING SENTENCING; [PROPOSED ORDER]**

in the manner identified above on those persons listed below:

**Garth Hire**
**Assistant U.S. Attorney**
**1301 Clay Street, Suite 340S**
**Oakland, CA  94612**

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 11, 2008, at San Jose, California.

/s/ Scott S. Furstman

———————————————
Scott S. Furstman