SCOTT S. FURSTMAN
State Bar No.76476
510 North Third Street
San Jose, California 95112
Telephone (408) 292-4132
Facsimile  (408) 292-4162

Attorney for Defendant,
LAURO CORRAL

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LAURO CORRAL,<br><br>          Defendant. | No. CR 07-00726 CW<br><br>**STIPULATION TO RESCHEDULE SENTENCING HEARING; ORDER** |

      The defendant, through his counsel of record and plaintiff, through its counsel of record, hereby stipulate that the sentencing hearing in the above-entitled matter, presently set for August 13, 2008 may be continued to October 1, 2008 at 2:00PM.  This stipulation is entered into at the request of counsel for the defendant who requires additional time to obtain documents on behalf of the defendant and to prepare the defendant's sentencing memorandum. Some of the documents referred to are in Mexico and have not yet been received by counsel although they are expected.

      Counsel for the defendant has conferred with the United States Probation Office who does not oppose this request. Counsel further advises that Deputy Probation Officer Cook will be on vacation from September 15, 2008 through September 29, 2008. Accordingly, the date of

October 1, 2008 for sentencing is respectfully requested.

    It is so stipulated.	/s/ Scott S. Furstman

Dated: August 11, 2008	_____
    SCOTT S. FURSTMAN
    Attorney for Defendant,
    Lauro Corral

    /s/ Garth Hire

Dated :August 11, 2008	_____
    GARTH HIRE
    Assistant U.S. Attorney
    per telephonic authority

## ORDER

Good cause appearing and the parties having stipulated thereto, it is ordered that sentencing in the above entitled matter is rescheduled from August 13, 2008 to October 1, 2008 at 2:00 PM. It is so Ordered.

Dated: August_12_, 2008	_____
    CLAUDIA WILKEN
    United States District Judge